UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEVE GREGORY,
an individual,

    Plaintiff,

CASE NO: 2:20-CV-00120-JEO

vs.

BRENTWOOD PROPERTIES, INC;

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, requests that the Court dismiss with prejudice the above-styled case with each party to bear its own attorneys' fees, costs, and expenses.

Dated this 16th day of June, 2020.

                                                    Respectfully submitted,

                                                   s/ Edward I. Zwilling
                                                  Edward I. Zwilling
                                                  Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com