UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVE GREGORY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-120-GMB |
| BRENTWOOD PROPERTIES, INC., | ) |
| Defendant. | ) |

## ORDER

Before the court is Plaintiff's Notice of Voluntary Dismissal with Prejudice. Doc. 8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before an opposing party answers the complaint or files a motion for summary judgment. Here, Defendant has not answered Plaintiff's complaint or filed a motion for summary judgment. Plaintiff's voluntary dismissal therefore is appropriate. Accordingly, pursuant to Rule 41(a)(1)(A)(i), the Clerk of Court is DIRECTED to CLOSE this file.

DONE and ORDERED on June 16, 2020.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE